**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01950-CMA-CBS

TERESA GARCIA,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF'S OFFICE,
J. GRAYSON ROBINSON, in his personal capacity,
DAVID WALCHER, in his personal capacity,
VINCE LINE, in his personal capacity,
DAVID WELLMAN, in his personal capacity,
TOM McNEVIN, in his personal capacity, and
MARK CAMPBELL, in his personal capacity,

    Defendants.

---

## ORDER OF RECUSAL

---

    This matter is before me on a review of the file. Based on my personal and past professional relationship with plaintiff's counsel, I believe that I should recuse myself. It is, therefore,

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    DATED:  July __28__, 2011

                                       BY THE COURT:

                                       */s/ Christine M. Arguello*
                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge