IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Action: 11-cv-01950-RBJ-CBS**          FTR - Reporter Deck-Courtroom A402
**Date:  May 22, 2012**                        Courtroom Deputy: Robin Mason

*Parties:*                                     *Counsel:*

TERESA GARCIA,                                 Joseph Anthony Salazar

      Plaintiff,

v.

THE  ARAPAHOE  COUNTY  SHERIFF'S               Robin Elizabeth Cochran
OFFICE, *et al.*,                              John Richard Christofferson

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      1:34 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's Unopposed MOTION to
Amend/Correct/Modify #23 Scheduling Order to Extend the Discovery Deadline (Docket No.
37, filed on 5/17/2012).

Discussion between the court and Ms. Cochran regarding the unopposed motion she filed,
serving and deposing federal agents and other individuals (i.e. physician), Judge Jackson not
allowing the dispositive motions deadline to be extended, the October trial date not being moved,
serving subpoena decus tecum in accordance with Rule 45, whether this case could be resolved
before the filing of dispositive motions (through summary judgment), Judge Jackson's practice
standards, Rule 56, Rule 33 and Rule 34, Rule 26(g), and releases being sent to individuals
(dentist, masseuse, and doctor related to Ms. Garcia's high blood pressure) who are not going to
be deposed.

Mr. Salazar informs the court that they agreed to extending the discovery deadline pertaining to

depositions and releases only.  Mr. Salazar further advises the court that their discovery has been completed since April.

The court addresses the parties regarding the standard set forth in Rule 16(b).

**ORDERED:**   For reasons as stated on the record, the court **GRANTS** the defendant's Unopposed MOTION to Amend/Correct/Modify #23 Scheduling Order to Extend the Discovery Deadline (Docket No. 37, filed on 5/17/2012).  Discovery deadline shall be extended to **June 22, 2012**.  The court will not extend any other deadlines nor will it grant other further extensions of time.

HEARING CONCLUDED.

**Court in recess**:       **2:34 p.m.**
Total time in court:     01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.