IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: September 11, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01950-RBJ

*Parties*:  *Counsel*:

TERESA GARCIA,  Joseph Salazar
  Lisa Shellenberger
    Plaintiff,

v.

J GRAYSON ROBINSON,  Robin Cochran
DAVID WALCHER,  John Christofferson
VINCE LINE,
DAVID WELLMAN, and
MARK CAMPBELL,

    Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**Court in session:    1:30 p.m.**

Appearances of counsel.

Court addresses the parties regarding a possible conflict.

1:34 p.m.    Argument by Ms. Cochran as to Plaintiff's Motion for Leave to File a Second Amended Complaint Pursuant to F.R.C.P. 15(a)(2) #[58].

1:38 p.m.    Argument by Ms. Cochran as to Plaintiff's Motion for Partial Summary Judgment #[43].

2:02 p.m.    Argument by Mr. Salazar as to Plaintiff's Motion for Partial Summary

                    Judgment #[43].

2:33 p.m.       Argument by Mr. Salazar as to Defendants' Arapahoe County Sheriff's Office, J. Grayson Robinson, Mark Campbell, David Walcher, Vince Line, David Wellman and Tom McNevin Motion for Summary Judgment #[46].

**Court in recess:**    **2:52 p.m.**
**Court in session:**   **3:05 p.m.**

Argument by Ms. Cochran as to Defendants' Arapahoe County Sheriff's Office, J. Grayson Robinson, Mark Campbell, David Walcher, Vince Line, David Wellman and Tom McNevin Motion for Summary Judgment #[46].

3:50 p.m.       Rebuttal argument by Mr. Salazar.

Mr. Salazar makes an Oral Motion to Dismiss Defendants David Wellman and David Walcher.

Defendant has no objection.

4:19 p.m.       Ms. Cochran addresses the Court.

For the reasons and findings as stated on the record, it is;

**ORDERED:**  Plaintiff's Motion for Leave to File a Second Amended Complaint Pursuant to F.R.C.P. 15(a)(2) #[58] is GRANTED.

**ORDERED:**  Substitution of Counsel and Entry of Appearance #[66] is GRANTED.

**ORDERED:**  Plaintiff's Oral Motion to Dismiss Defendants and David Wellman and David Walcher is GRANTED.

Court will issue a written ruling as to Plaintiff's Motion for Partial Summary Judgment #[43] and Defendants' Arapahoe County Sheriff's Office, J. Grayson Robinson, Mark Campbell, David Walcher, Vince Line, David Wellman and Tom McNevin Motion for Summary Judgment #[46].

**Court in recess:**    **4:26 p.m.**

Hearing concluded.

Total time:    02:44