IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01950-RBJ-CBS

TERESA GARCIA,

    Plaintiff,

v.

**SHERIFF J. GRAYSON ROBINSON**, in his official and personal capacities;
**VINCE LINE**, in his personal capacity; and
**MARK CAMPBELL**, in his personal capacity

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS J. GRAYSON ROBINSON, VINCE LINE AND MARK CAMPBELL

---

This matter comes before the Court upon the parties' Stipulated Motion to Dismiss Defendants J. Grayson Robinson, Vince Line and Mark Campbell, in their individual capacities with prejudice from this action (**Doc. # 99**), and the Court finding good cause therefore,

The parties' motion is GRANTED and it is ORDERED that Plaintiff's claims and complaint against Defendants Robinson, Line and Campbell, in their individual capacities be and are DISMISSED WITH PREJUDICE, each party to bear his/its own costs and fees, and that the case caption shall henceforth be amended to reflect the dismissal of said parties.

DATED this 5th day of November, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge