IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01950-RBJ-CBS

TERESA GARCIA,

    Plaintiff,

v.

J. Grayson Robinson, in his official

    Defendant.

_____

### ORDER REGARDING STIPULATED MOTION TO DISMISS
_____

This matter is before the Court on the parties Stipulated Motion to Dismiss on behalf of Plaintiff Teresa Garcia and Defendant, J. Grayson Robinson, regarding the Motion filed on November 30, 2012, **Docket No. 101.**

The parties move this Court to grant their stipulated motion and enter an order dismissing this case with prejudice, each party to bear her/his own costs and fees.

**IT IS ORDERED** that the Stipulated Motion to Dismiss is **GRANTED** and this case is dismissed in its entirety with prejudice.

DATED this 30th day of November, 2012.

                                    BY THE COURT:

                                    _____
                                    United States District Judge